SMB

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# RECEIVED

AUG 29 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Plaintiff
**JAMES LEMONT DAVIS JR**

v.

Defendant
**Chime Financial Inc**

**COMPLAINT**

1:22-cv-04599
Judge Steven C. Seeger
Magistrate Judge Jeffrey Cole
RANDOM

On August 28 2020 Chime Flinancial Inc. put a hold on my account due to me calling consecutively and complaining about funds that was missing against my recognition. Chime Financial Inc. then closed my account on August 31 2020. I was told the reason Chime Financial Inc. closed my account was because doing a routine security check they found that my account violated policy. I was told to submit documents to show that my loan came from a legit source and to also send documents to prove my identity like my ID social security card and business license. I submitted every document that Chime Financial Inc ask for and they then told me Chime Financial Inc was still not able to refund my money that was left in my account when it was closed. I was told that Chime Financial Inc was going to send the money that was left in my account back to the source it originally was disbursed from which is the Small Business Administration. Working to get my funds back caused me stress and depression and losses I can't get back due to time. My business was in the start up stage and due to losen my funds; my business crashed and have not been able to operate since. I have been applying for loans and getting approved for loans, some totalling up to $500,000.00. The reason my business was not accepted is because Chime Financial Inc falsely accusing my account with the Small Business Administration of Fraud. As of today I AM still being told by Chime Financial Inc that my funds was sent back to the Small Business Administration. As of 08/30/2022 The Small Business Administration have not yet received no funds from Chime Financial Inc. on behalf of my account. This unfortunate situation has stopped my business from getting any support and funding from the small business administration.

*/s/ James Davis* — 08/29/2022

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]